IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DANNY MERTSOCK, ) | |
| ) | |
| Plaintiff, ) | Civil No. 20-313E |
| ) | |
| v. ) | Judge Cathy Bissoon |
| ) | |
| SHINGLEHOUSE BOROUGH POLICE, ) | |
| ) | |
| Defendant. ) | |

## ORDER TRANSFERRING CASE

Plaintiff has filed a Motion (Doc. 1) for leave to *proceed in forma* pauperis, and has attached a proposed Complaint.  *See* Doc. 1-1.  Plaintiff's address of record is in Shinglehouse, Pennsylvania, which is in Potter County.  Defendant, the Shinglehouse Borough Police, also is located in Potter County.  Potter County falls within Middle District of Pennsylvania. *See* webpage at: https://www.pamd.uscourts.gov/sites/pamd/files/COUNTIES.jpg.

This District has no connection to the case, and venue here is improper.  *See* 28 U.S.C. § 1391(b).  The case properly should, and will, be transferred to the District Court for the Middle District of Pennsylvania.  Smith v. Bruns, 2019 WL 280603, *5 (M.D. Pa. Jan. 22, 2019).

Consistent with the foregoing, it is hereby **ORDERED** that the Clerk of Court shall **TRANSFER** this case, **FORTHWITH**, to the United States District Court for the Middle District of Pennsylvania.

IT IS ORDERED.


October 29, 2020                                                    s\Cathy Bissoon
                                                                              Cathy Bissoon
                                                                              United States District Judge

cc (via First Class U.S. Mail):

Danny Mertsock
P.O. Box 235
622 East Academy
Shinglehouse, PA  16748